UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAE WILLIAMS,

                Plaintiff,

vs.                              Case No.  2:04-cv-139-FtM-33SPC

THE COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. #19) filed on April 22, 2005. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a magistrate judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such motion. For purposes of judicial economy and in order to expedite the disposition of the Plaintiff's motion, the Court shall so refer the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED:**

The pending Motion for Leave to Appeal In Forma Pauperis (Doc. #19) is hereby **referred** to Sheri Polster Chappell, United States Magistrate Judge, for the issuance of a Report and Recommendation,

including any hearings, motions, deadlines related thereto.

   **DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 25th day of April, 2005.

>                                              /s/ Virginia M. Hernandez Covington
>                                              VIRGINIA M. HERNANDEZ COVINGTON
>                                              UNITED STATES DISTRICT JUDGE

Copies:

Al Counsel of Record