**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MAE WILLIAMS,

           Plaintiff,

-vs-                                                     Case No.  2:04-cv-139-FtM-33SPC

THE COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

_____

**REPORT AND RECOMMENDATION**

      This matter comes before the Court on the Motion for Leave to Appeal In Forma Pauperis (Doc. #19) filed on April 22, 2005.  Counsel filed the Motion for Leave to Appeal In Forma Pauperis on the basis of the Plaintiff's Affidavit of Indigency on April 22, 2005.   The District Court referred the Motion to the Magistrate Judge for a report and recommendation on April 25, 2005.  Thus, the Motion is ripe for review.

      On March 4, 2004, the Plaintiff filed a complaint for judicial review of the Commissioner's decision to deny benefits to the Plaintiff.  The Plaintiff did not seek authorization to proceed in forma pauperis upon commencement of this action.  Subsequently, the Magistrate Judge issued a Report and Recommendation to the District Court recommending that the decision of the Commissioner be affirmed.  See Report and Recommendation Doc. #12.  Upon review of the Plaintiff's objections, the District Court adopted the Magistrate's report and judgment was entered accordingly.  The Plaintiff seeks to appeal the denial and proceed in forma pauperis under 28 U.S.C. § 1915.

      Pursuant to 28 U.S.C. § 1915, the district court may authorize an appeal without prepayment of fees upon review of an Affidavit of Indigency.  28 U.S.C. § 1915(a)(1).  "An appeal may not be

taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). See also Busch v. County of Volusia, 189 F.R.D. 687, 692 (M.D. Fla. 1999)(defining 'good faith'). Under § 1915(e), a case may be dismissed at any time if it is found to be frivolous or malicious. 28 U.S.C. § 1915(e)(2)(B); Denton v. Hernandez, 504 U.S. 25, 32-33 (1992); Neitzke v. Williams, 490 U.S. 319 (1989).

The Court has reviewed the Plaintiff's Affidavit of Indigency (Doc. #19, Ex. 1-1). The Plaintiff indicates that her husband has a monthly income of $1218.00. (Doc. #19 Ex. 1-2 ). Further, the Plaintiff owns a residence in Fort Myers at what the Plaintiff estimates is worth $128,000.00. Upon review of the Affidavit, the Court does not find that the Plaintiff qualifies for indigency and thus is not eligible to proceed in forma pauperis. The Court respectfully recommends that the Plaintiff's Motion to Proceed on Appeal In Forma Pauperis be denied.

Accordingly, it is now

**RECOMMENDED:**

The Motion for Leave to Appeal In Forma Pauperis (Doc. #19) be **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this 9th day of May, 2005.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record
District Judge